IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **FORREST C. TAYLOR,** | Case No. 2:25-cv-1100 CSK P |
| Plaintiff, | **[PROPOSED] ORDER GRANTING DEFENDANT'S REQUEST FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S FIRST AMENDED COMPLAINT** |
| v. | |
| **J. LEATHERMAN, et al.,** | |
| Defendants. | |

Having read and considered Defendants D. Heinkel, J. Leatherman, R. McLeod, and A. Konrad's first request for an extension of time to file a responsive pleading to Plaintiff's First Amended Complaint, the declaration of Defendants' counsel supporting the request, and for good cause appearing, IT IS HEREBY ORDERED that the application (ECF No. 40) is **GRANTED**. Defendants D. Heinkel, J. Leatherman, R. McLeod, and A. Konrad shall file and serve a responsive pleading to Plaintiff's First Amended Complaint no later than March 9, 2026.

**IT IS SO ORDERED**.

Dated:  February 9, 2026

_____
CHI SOO KIM
UNITED STATES MAGISTRATE JUDGE

/1/tayl1100.eot