UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FORREST C. TAYLOR, | No.  2:25-cv-1100 CSK P |
| Plaintiff, | |
| v. | ORDER |
| J. LEATHERMAN, et al., | |
| Defendants. | |

Plaintiff is a state prisoner proceeding pro se in this civil rights action for relief pursuant to 42 U.S.C. § 1983.

Plaintiff filed a request for an extension of time to file a reply to defendants' answer.  Rule 7(a) of the Federal Rules of Civil Procedure provides:

(a) Pleadings.  Only these pleadings are allowed:

(1) a complaint;

(2) an answer to a complaint;

. . .

(7) if the court orders one, a reply to an answer.

Fed. R. Civ. P. 7(a) (emphasis added).  The Court has not ordered plaintiff to reply to defendants' answer and declines to make such an order.  In addition, on March 31, 2026, this Court stayed this case pending referral to the Post Screening ADR Project.  Plaintiff should refrain from filing

1

any document other than his confidential settlement conference statement until the stay of this matter is lifted.  Plaintiff's motion is denied.

Accordingly, IT IS HEREBY ORDERED that plaintiff's request for an extension of time (ECF No. 48) is denied.

Dated:  May 7, 2026

_____
CHI SOO KIM
UNITED STATES MAGISTRATE JUDGE

/1/tayl1100.77e

2