IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **FORREST C. TAYLOR,**<br>Plaintiff,<br>**v.**<br>**J. LEATHERMAN, et al.,**<br>Defendants. | Case No. 2:25-cv-1100 CSK P<br>**~~[PROPOSED]~~ ORDER GRANTING DEFENDANTS' *EX PARTE* APPLICATION FOR STAY OF CURRENT DEADLINES** |

Plaintiff is a state prisoner proceeding pro se. On November 6, 2026, defendants filed an ex parte application for a stay of the current deadlines set forth in this Court's discovery and scheduling order (ECF No. 59). (ECF No. 61.) Defendants' motion for judgment on the pleadings was filed on October 29, 2026, and argues that plaintiff's claims are untimely. (ECF No. 60.)

The Court has read and considered the ex parte application for a stay of the current deadlines in the discovery and scheduling order, and the declaration of defendants' counsel supporting the request. The Court finds good cause to vacate, rather than stay, the deadlines. Accordingly, IT IS HEREBY ORDERED that:

1. Defendants' application (ECF No. 61) is partially **GRANTED**.

///

2. The current deadlines in the discovery and scheduling Order (ECF No. 59) are vacated. This Court will re-set the deadlines, if appropriate, after the district court reaches a final decision on the pending motion for judgment on the pleadings (ECF No. 60).

Dated: November 10, 2026

Chi Soo Kim

CHI SOO KIM
UNITED STATES MAGISTRATE JUDGE

/1/tayl1100.vac